UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

HONORABLE JUDGE MARILYN L. HUFF

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>Dwight Antonio Robledo,<br>Defendant. | CASE NO.:  25CR04374<br><br>**ORDER TO CONTINUE MOTION HEARING TRIAL/SETTING; AND EXCLUDE TIME UNDER SPEEDY TRIAL ACT** |

**IT IS HEREBY ORDERED** that Mr. Dwight Antonio Robledo Hearing Trial/Setting currently scheduled for June 01, 2026, at 10:00 a.m., be continued to **August 24, 2026, at 10:00 a.m.**

The court finds that time is excludable and that the ends of justice served by granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial.

**SO ORDERED.**

DATED:  5/28/2026

_____

**HONORABLE JUDGE MARILYN L. HUFF**
United States District Court Judge